THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leonard G. Stanfield, Appellant.
 
 
 

Appeal From Colleton County
Ralph F. Cothran, Jr., Circuit Court Judge
Unpublished Opinion No.  2009-UP-498
Submitted October 1, 2009  Filed October
 26, 2009  
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of Columbia; and Solicitor I. McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM:  Leonard
 G. Stanfield appeals his convictions and sentences for kidnapping, first-degree
 burglary, and armed robbery, arguing the trial court erred by failing to charge
 the jury on the defense of alibi.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.